# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMIKA PRESSLEY** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 21-3641** |
| **v.** | : | |
| | : | |
| **EXETER FINANCIAL CORP,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 22nd day of July 2022, upon consideration of Defendant Exeter Financial Corp's *motion to dismiss the amended complaint*, [ECF 12], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED**.

                                       **BY THE COURT:**

                                       /s/ *Nitza I. Quiñones Alejandro*
                                       **NITZA I. QUIÑONES ALEJANDRO**
                                       *Judge, United States District Court*